IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JILL A. HODGES,<br><br>                           *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                          *Defendant.* | CIVIL NO. 3:06cv00056<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

On October 27, 2006, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. On July 10, 2007, Judge Crigler filed his Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that Defendant's motion for summary judgment (docket entry no. 11) be denied, that the Commissioner's final decision be reversed, and that the case be remanded to the Commissioner for further proceedings.

After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety. Accordingly:

1.     the July 10, 2007, Report shall be, and it hereby is, ADOPTED in its entirety;

2.     Defendant's motion for summary judgment is hereby DENIED;

3.     the Commissioner's final decision is hereby REVERSED; and

4.     the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

Case 3:06-cv-00056-NKM-BWC Document 14 Filed 10/04/07 Page 1 of 2 Pageid#: 75

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States District Judge

October 4, 2007
Date